UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN DAVID VAN KIRK** and **JACQUELINE M. VAN KIRK**, <br><br> Plaintiffs, <br><br> vs. <br><br> **BUFFY JO WELDON**, <br><br> Defendant. | 2:20-CV-11761-TGB-DRG <br><br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This Court previously held that it did not have jurisdiction over this case and dismissed it with prejudice. ECF Nos. 18, 19. Plaintiffs appealed to the Sixth Circuit, which entered an order affirming the Court's reasoning overall but remanding for entry of an order of dismissal without prejudice. ECF No. 22. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The rest of the Court's previous Order (ECF No. 18) remains unchanged.

**DATED** this 27th day of October, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge