UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN DAVID VAN KIRK** and **JACQUELINE M. VAN KIRK**, <br><br> Plaintiffs, <br><br> vs. <br><br> **BUFFY JO WELDON**, <br><br> Defendant. | **2:20-CV-11761-TGB-DRG** |

# JUDGMENT

**IT IS ORDERED** that the case is **DIMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan, this 27th day of October, 2021.

                                               KINIKIA ESSIX
                                               CLERK OF THE COURT


                                             s/A. Chubb
                                             Case Manager and Deputy Clerk

APPROVED:


s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE